# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RAFT THOMPSON,

Plaintiff,

v.

CARRO, *et al.*,

Defendants.

Case No. 1:25-cv-00995-BAM (PC)

ORDER REGARDING PLAINTIFF'S REQUEST TO VOLUNTARY TERMINATE CASE

(ECF No. 20)

Plaintiff Raft Thompson ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff initiated this action on August 11, 2025. (ECF No. 1.) On March 23, 2026, the Court screened Plaintiff's first amended complaint and granted him leave to amend. (ECF No. 9.) Plaintiff filed a second amended complaint on April 30, 2026. (ECF No. 13.) Before the Court could screen Plaintiff's second amended complaint, Plaintiff filed a motion to supplement requested relief, which the Court construed as a motion for leave to amend his complaint. (ECF No. 15.) On June 2, 2026, the Court granted Plaintiff leave to file a third amended complaint. (*Id.*) Plaintiff filed a third amended complaint on June 11, 2026. (ECF No. 16.) Plaintiff subsequently filed motions requesting screening and a motion to withdraw his request for monetary remedies. (ECF Nos. 17-19.) The third amended complaint has not yet been screened.

Currently before the Court is a Motion to Voluntary Terminate Case, signed by Plaintiff

and filed on August 28, 2026. (ECF No. 20.) Plaintiff informs the Court that he wishes to terminate this case. Plaintiff indicates that upon speaking with Chaplain Corro last Wednesday, he appeared willing to put forth plans to facilitate a remedy. He also will allow the purchase of a new keyboard to be donated by a former inmate on Plaintiff's behalf. Plaintiff states that if necessary down the road, he will first pursue state court remedies and then federal court remedies. (*Id.*)

"[U]nder Rule 41(a)(1)(i), a plaintiff has an absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a motion for summary judgment." *Commercial Space Mgmt. Co., Inc. v. Boeing Co., Inc.*, 193 F.3d 1074, 1077 (9th Cir. 1999) (quotation and citation omitted). "[A] dismissal under Rule 41(a)(1) is effective on filing, no court order is required, the parties are left as though no action had been brought, the defendant can't complain, and the district court lacks jurisdiction to do anything about it." *Id.* at 1078. No defendant has been served in this action, and no defendant has filed an answer or motion for summary judgment.

Accordingly, this action is terminated, without prejudice, by operation of law without further order from the Court. Fed. R. Civ. P. 41(a)(1)(A)(i). The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **September 2, 2026**

/s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE